Donald D. Boyd, Appellant, v. Buffalo Steam Roller Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Vitorio Del Mondo, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs, upon the authority of *Bitondo* v. *N. Y. C. & H. R. R. R. Co.* (163 App. Div. 823). All concurred, except Merrell, J., who dissented.

The People of the State of New York, Respondent, v. Peter Kardach, Appellant.— Judgment of conviction and order affirmed. All concurred, except Lambert, J., who dissented upon the ground that the admission of the evidence of the implication of the defendant in independent burglaries, in no wise connected with the property mentioned in the indictment, was prejudicial error requiring a reversal. (See *People* v. *Doty*, 175 N. Y. 164.)

McInerney Realty Company, Appellant, v. Harry Richard Langslow, Respondent.— Judgment affirmed, with costs. All concurred.

The Hollowell & Wise Company, Plaintiff, v. J. Arthur Hungerford, Appellant, Impleaded with Walker Bin Company, Respondent, and Others.— Judgment affirmed, with costs. All concurred.

George Kelley, Respondent, v. Baron Steuben Co-operative Fire Insurance Company, Appellant. -- Judgment and order affirmed, with costs. All concurred.

Henrietta Hess, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented upon the ground that the plaintiff failed to establish by a preponderance of evidence that she would have slipped had there been no water on the steps, as required by the charge of the court.

George C. Dye, Appellant, v. Town of Cherry Creek, Respondent.— Interlocutory judgment affirmed, with ten dollars costs and disbursements. All concurred; Lambert, J., not sitting.

Margaret A. Pye, Appellant, v. Frank Pye, Respondent. (Appeal No. 2.) — Order affirmed, without costs. All concurred.

George Prowski, as Administrator, etc., Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Nicholas Fariello, Appellant, v. Patrick H. Murray, as Surviving Partner of Casey & Murray, Respondent.— Judgment affirmed, with costs. All concurred.

Charles P. Emig, Jr., Appellant, v. William F. Albrecht and Another, Respondents. — Judgment affirmed, with costs. All concurred.

John L. Kelley, Appellant, v. The Willsea Works, Respondent.— Judgment and order affirmed, with costs. All concurred.